# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-4548

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff - Appellee,<br><br>v.<br><br>**GABRIEL PALACIOS-JAIMES,**<br><br>Defendant - Appellant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX** |

Pursuant to the Federal Rules of Appellate Procedure, Appellant, Gabriel Palacios-Jaimes, respectfully requests this Court to extend the deadline to file the Opening Brief and Joint Appendix by 30 days, from March 6, 2024 through April 5, 2024. In support of this Motion, Mr. Palacios-Jaimes offers the following:

1.　Counsel has a very heavy workload, much of it unexpected. He is currently working on another brief for this Court that has taken much longer than anticipated because it involves new Supreme Court Second Amendment guidance that requires counsel and the Court to conduct a detailed historical analysis of how firearms were regulated in the 18th and 19th centuries. This historical research has absorbed many hours of counsel's time that he did not expect to have to devote to that appeal.

2.　In addition, counsel is preparing for a large criminal trial in federal court involving voluminous discovery, and has several response briefs and discovery responses due around the same time in several of his civil matters.

3. Moreover, Mr. Palacios-Jaimes is incarcerated and difficult to get in touch with. Counsel has only been able to talk to him twice so far via phone.

4. Counsel does not anticipate any more extension requests.

5. Counsel for the government does not oppose the relief requested in this Motion.

6. This Motion is filed in the interest of justice and not for purposes of undue delay.

WHEREFORE, Appellant respectfully requests a 30-day extension of the deadline by which to file his opening brief and joint appendix, up to and including April 5, 2024.

Respectfully submitted, this 4th day of March, 2024.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
(980) 265-1700
terpening@terpeninglaw.com

*Counsel for Gabriel Palacios-Jaimes*

2

## **CERTIFICATE OF SERVICE**

I certify that I have filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX** through the Court's ECF system, which constitutes service on all parties.

Dated: March 4, 2024.

/s/ William R. Terpening
William R. Terpening
